# District Court Of Appeal Of The State Of Florida
## Fourth District

**ANNETTE BUCKLEY-CORREA** and **RICHARD BUCKLEY,**
Appellants,

v.

**BRIAN C. JONES,**
Appellee.

No. 4D20-2106

[April 15, 2021]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. CACE 17-010495 (12).

Richard A. Buckley of The Law Office of Buckley Correa, Weston, for appellants.

Patricia A. Rathburn of Patricia A. Rathburn, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER, and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***